IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-cv-372-FL

| | |
|---|---|
| PATRICIA ANN SHIFFLETT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)       ORDER<br>)<br>CAROLYN W. COLVIN, )<br>Acting Commissioner of Social Security, )<br>)<br>Defendant. )<br>) | |

This matter is before the court on the Memorandum and Recommendation ("M&R") of United States Magistrate Judge William A. Webb, regarding defendant's motion to dismiss (DE 14). No objections to the M&R have been filed, and the time within which to make any objection has expired. This matter is ripe for ruling.

Upon careful review of the M&R and of the record generally, having found no clear error, the court hereby ADOPTS the recommendation of the magistrate judge as its own, and, for the reasons stated therein, defendant's motion to dismiss is DENIED. The clerk of court is directed to continue management of this case.

SO ORDERED, this the 18th day of April, 2013.

_____
LOUISE W. FLANAGAN
United States District Judge