|  |  |  |
|---|---|---|
| PATRICIA ANN SHIFFLETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 5:12-CV-372-FL |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion to remand.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered November 22, 2013, that defendant's motion to remand is granted. The Commissioner's decision is reversed and this matter is remanded to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.

**This Judgment Filed and Entered on November 22, 2013, and Copies To:**

Derrick Kyle Arrowood (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson (via CM/ECF Notice of Electronic Filing)


November 22, 2013         JULIE A. RICHARDS, CLERK
                           /s/ Christa N. Baker
                          (By) Christa N. Baker, Deputy Clerk